# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| BRANDY M. GIBSON, | Case No.: 2:18-bk-07384-DPC |
| Debtor. | |
| PHOENIX SPINE GOODYEAR ASC, LTD., an Arizona professional corporation, | Adv. No.: 2:18-ap-00407-DPC |
| Plaintiff, | **STIPULATED JUDGMENT** |
| v. | |
| BRANDY M. GIBSON, | |
| Defendant. | |

This matter having come before the Court pursuant to the stipulation of the parties and in accordance with the Settlement Agreement signed by the parties; no further notice being necessary; and good cause appearing therein:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** approving the Settlement Agreement according to its terms and awarding Plaintiff **PHOENIX SPINE GOODYEAR ASC, LTD., an Arizona professional corporation**, judgment against **Defendant BRANDY M. GIBSON**, in the total amount of Twenty-Three Thousand Dollars ($23,000.00).

. . .

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the enforcement of this Judgment is subject to the terms of the Settlement Agreement signed by the parties which is part of the record in this proceeding.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the amounts paid pursuant to the Settlement Agreement and this Judgment are not discharged in administrative case no. 2:18-bk-07384-DPC.

**DATED AND SIGNED ABOVE**

**APPROVED:**

**JENNINGS, HAUG & CUNNINGHAM, LLP**

*/s/ Brian D. Myers*
Brian D. Myers
Attorney for Plaintiff

**James Portman Webster Law Office, PLC**

*/s/ James P. Webster*
James P. Webster
Attorney for Debtor/Defendant